# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2014

## NO. 03-12-00012-CR

**John Malcolm Nordstrom, III, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgment of conviction requiring reversal. However, there was error in the judgment of conviction that requires correction. Therefore, the Court modifies the trial court's judgment of conviction to correctly reflect appellant's name as "John Malcolm Nordstrom, III." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.